UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-02078-WBS-AC |
| Plaintiff, | |
| v. | ORDER |
| AMRAT K. PATEL, et al., | |
| Defendants. | |

On December 24, 2014, plaintiff filed a motion for default judgment against defendants. ECF No. 13. On January 22, 2015, the undersigned recommended that plaintiff's motion be granted. ECF No. 14. However, on February 4, 2015, defendants filed an answer along with an opposition to the undersigned's findings and recommendations. ECF Nos. 15, 16. Judge William B. Shubb then issued a scheduling order on February 26, 2015. ECF No. 18. In light of the fact that defendants have appeared and the presiding district judge has issued a scheduling order, the January 22, 2015, findings and recommendations, ECF No. 14, are HEREBY VACATED.

DATED: May 27, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1