UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Amrat K. Patel;
Damyanti A. Patel**,

    Defendants

**Case:** 2:14-CV-02078-WBS-AC

**Order On Joint Stipulated Request to Continue the Fee Motion Hearing**

Having read the foregoing stipulation it is hereby ordered that the pending fee motion be continued until January 11, 2016 at 1:30 p.m., with the anticipation that the hearing will be taken off and the case dismissed well before that date.

IT IS SO ORDERED.

Dated:  November 13, 2015

_WILLIAM B. SHUBB_
UNITED STATES DISTRICT JUDGE