1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | **Case:** 2:14-CV-02078-WBS-AC |
| Plaintiff, | **Order Continuing Plaintff's Motion for Attorney Fees/Costs** |
| v. | Date:   January 11, 2016<br>Time:   1:30 p.m.<br>Ctrm:   5 |
| **Amrat K. Patel;**<br>**Damyanti A. Patel**, | |
| Defendants | Hon. William B. Shubb |

1   IT IS ORDERED that Plaintiff SCOTT JOHNSON's pending fee motion be continued for a period of no less than thirty (30) days, with the anticipation that the hearing will be taken off calendar and the motion withdrawn well before that date.

The new date for the hearing on the Motion for Attorney Fees and costs will be February 22, 2016 at 1:30 p.m.

Dated: January 4, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE