UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Amrat K. Patel**, et al., <br><br> Defendants. | Case No.: 2:14-cv-02078-WBS-AC <br><br> **[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |

### **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Amrat K. Patel is continued to 10/5/16 at 10:00 am in Courtroom 26 of court located at 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: July 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams            -1-