# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:14-cv-02078-WBS-AC |
| Plaintiff, | **[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |
| v. | |
| **Amrat K. Patel**, et al., | |
| Defendants. | |

## ORDER

Having read the plaintiff's request, and good cause appearing therefor, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Amrat K. Patel is continued to 1/25/2017 at 10:00 am in Courtroom 26 of court located at 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: October 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams        -1-