UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**Amrat K. Patel**, et al.,

    Defendants.

Case No.: 2:14-cv-02078-WBS-AC

**[PROPOSED] ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION**

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Amrat K. Patel is continued to March 29, 2017 at 10:00 am in Courtroom 26 of court located at 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

DATED: January 23, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE