UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case: 2:14-cv-02078-WBS-AC |
| Plaintiff, | [~~PROPOSED~~] **ORDER ON REQUEST TO VACATE DEBTOR EXAM** |
| v. | |
| **Amrat K. Patel**, et al., | Date:          March 29, 2017 |
| | Time:          10:00 a.m. |
| Defendants. | Courtroom:   26 |
| | Judge:         Hon. Allison Claire |

**ORDER**

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Amrat K. Patel scheduled for March 29, 2017 is vacated.

Dated: March 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam